UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., et al.,**<br><br>Plaintiffs,<br><br>and<br><br>**GUANGDONG YIHUA TIMBER INDUSTRY CO., LTD., et al.,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**COALITION FOR AMERICAN HARDWOOD PARITY, et al.,**<br><br>Defendant-Intervenors. | **Before: Timothy C. Stanceu, Chief Judge**<br><br>**Consol. Court No. 15-00225** |

## JUDGMENT

Upon the court's review of defendant's Final Results of Redetermination Pursuant to Court Order (May 8, 2020), ECF No. 161-1 ("Second Remand Redetermination"), three comments regarding the same: (1) a submission made on behalf of various plaintiffs, Senmao Pls.' Comments on Results of Redetermination pursuant to Ct. Order from Slip Op. 20-31 (Mar. 11, 2020) (June 8, 2020), ECF No. 164; (2) a submission by Guangdong Yihua Timber Indus. Co., Ltd., Pl.-Int. Guangdong Yihua Timber Indus. Co., Ltd.'s Comments in Support of May 8, 2020 Final Results of Redetermination pursuant to Ct. Order (June 8, 2020), ECF No.

166; and (3) a submission by the Coalition for American Hardwood Parity, Coalition for American Hardwood Parity's Comments on the Results of Remand Redetermination (June 8, 2020), ECF No. 165, and the defendant's reply to these submissions, Def.'s Reply to Comments on Second Remand Redetermination (June 23, 2020), ECF No. 167, in accordance with the court's Opinion of this date, and upon due deliberation, it is hereby

**ORDERED** that the Second Remand Redetermination be, and hereby is, sustained.

/s/ Timothy C. Stanceu
Timothy C. Stanceu, Chief Judge

Dated: December 10, 2020
New York, New York